| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) FELDMAN, MARTIN L.C. | 2. Court or Organization EASTERN DISTRICT OF LOUISIANA | 3. Date of Report 06/17/2011 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 500 POYDRAS STREET, Rm. 555 NEW ORLEANS, LA 70130-3313 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Feldman , Martin L. C.**

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11/2010 | Rollover IRA Distriubtion | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Europa Institut | March 4-11, 2010 | Zurich, Switzerland | Lectures at Zurich University | Transportation and lodging paid. |
| 2. | Tulane University | July 4-18, 2010 | Cambridge, England | Lectureer, Cambridge University | Transportation, expenses and lodging paid partially. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Home Life Ins. Co. | | None | K | T | | | | | |
| 2. | Dreyfus.-General Money Market Cl B, name changed | A | Int./Div. | K | T | | | | | |
| 3. | FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 4. | FHLMC #1993-82, 1200 | A | Interest | J | T | | | | | |
| 5. | FHLMC #1505 CL-Q, 1200 | A | Interest | J | T | | | | | |
| 6. | Helios Strategic Income, formerly RMK | A | Dividend | J | T | | | | | |
| 7. | Senior Housing Properties,former HRPT 1200 | A | Dividend | J | T | | | | | |
| 8. | Highland Credit Strategies Fd. (X) | A | Dividend | J | T | | | | | |
| 9. | Commonwealth REIT (X) | | None | J | T | | | | | |
| 10. | Pulaski Co. | A | Interest | J | T | | | | | |
| 11. | GNMA #407107 (Y) | | | | | | | | | |
| 12. | GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 13. | Ocean Energy Notes | B | Interest | K | T | | | | | |
| 14. | DCA Total Return Fd, Formerly Dividend Capital | A | Dividend | J | T | | | | | |
| 15. | FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 16. | FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 17. | GNMA #1995-4CL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FNMA #2005-27 | A | Interest | J | T | | | | | |
| 19. Alliance Bernstein, 1218 | A | Dividend | J | T | | | | | |
| 20. Watson Pharmaceuticals 1200 | B | Dividend | J | T | | | | | |
| 21. FHLMC #2173 CL (Y) | | | | | | | | | |
| 22. FNMA #1990-78 CL-J, 1200 | B | Interest | J | T | | | | | |
| 23. FNMA #2006-43WA(X) | B | Interest | J | T | | | | | |
| 24. FHLMC #3052 CL - 4G (Y) | | | | | | | | | |
| 25. HCA, Inc. | B | Interest | J | T | | | | | |
| 26. Tyco International | B | Interest | | | Sold | 05/28/10 | K | B | |
| 27. FHLMC #2758 CL CC | B | Interest | | | Sold | 03/15/10 | J | A | |
| 28. Citigroup | A | Dividend | J | T | | | | | |
| 29. GNMA #2005-5 ea | D | Interest | K | T | | | | | |
| 30. FHLMC #2876 CL-DQ (Y) | | | | | | | | | |
| 31. GNMA SER #2005-39 (Y) | | | | | | | | | |
| 32. FHLMC #3055-CL AH (Y) | | | | | | | | | |
| 33. Provident Energy Trust 1200 | A | Dividend | J | T | | | | | |
| 34. Blackrock FLTG Rate Inc. Strategies Fd II | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Ltd Duration Income Trust | B | Dividend | J | T | | | | | |
| 36. FHLMC Series 3273 BD(Y) | | | | | | | | | |
| 37. GNMA Series 2006-10 JB(Y) | | | | | | | | | |
| 38. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 39. Allis Chalmers Corp | A | Dividend | J | T | | | | | |
| 40. Blackrock FLTG Rate Income Strategies Fd II (Y) | | | | | | | | | |
| 41. Helios Advantage Income Fd, formerly RMK | B | Dividend | J | T | | | | | |
| 42. Bank of America | A | Dividend | J | T | | | | | |
| 43. Blackrock Global FTG Rate Income Trust 1200 | B | Dividend | J | T | | | | | |
| 44. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 45. FHLMC SER 3112 CL-KQ - 1200 | A | Interest | J | T | | | | | |
| 46. FNMA SER 2007-70 CA - 1200 | A | Interest | J | T | | | | | |
| 47. Blackrock Global FLTG Incom Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 48. Chase Bank | A | Interest | K | T | | | | | |
| 49. Dreyfus Money Market name changed | A | Interest | J | T | | | | | |
| 50. Eaton Vance Ltd. Duration Income Fund | B | Dividend | J | T | | | | | |
| 51. FHLMC CMO Series 3290 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Colonial Bancgroup Inc. | B | Dividend | J | T | | | | | |
| 53. Barclays Bk PLC PFD | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 54. Regions Financing TR III PPD, 8,875 | A | Interest | | | Sold | 11/18/10 | J | A | |
| 55. MFS Govt. Markets Income Trust SBI | B | Dividend | J | T | | | | | |
| 56. EV Energy Partners LP | A | Distribution | J | T | | | | | |
| 57. GNMA CMO Series 2008-60 DG(Y) | | | | | | | | | |
| 58. GNMA CMO Series 2008-58 UE (Y) | | | | | | | | | |
| 59. FHLMC CMO Series 3417 | A | Interest | J | T | | | | | |
| 60. FNMA CMO Series 2008-17 MA | A | Interest | J | T | | | | | |
| 61. Macquarie Intrastruct | A | Dividend | | | Sold | 05/11/10 | J | B | |
| 62. El Paso Corp. 12% | A | Interest | J | T | | | | | |
| 63. Regions Financial Corp, formerlyUnion Planters 7.5% | A | Interest | J | T | | | | | |
| 64. Eaton Vance Ltd. Duration Income Fd. | A | Dividend | J | T | | | | | |
| 65. FNMA1993-82H, 1200 | A | Interest | J | T | | | | | |
| 66. Proshares Trust-IRA | A | Distribution | J | T | | | | | |
| 67. QWEST Communications Intl.-IRA | A | Dividend | | | Sold | 01/07/10 | J | A | |
| 68. Vishay Intertechnology Inc.-IRA | A | Dividend | | | Sold | 01/11/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 70. Enterprise Product Partners LP | B | Distribution | J | T | Sold (part) | 02/04/10 | J | B | |
| 71. Energy Transfer Equity | B | Distribution | J | T | Sold (part) | 02/19/10 | J | B | |
| 72. FNMA CMO Series 2007-70, 1200 | B | Interest | J | T | | | | | |
| 73. Bunge LTD Finance Co. 8.5% (Y) | | | | | | | | | |
| 74. Bunge LTD Finance Co. 8.5% | A | Interest | J | T | | | | | |
| 75. BB&T Capital Trust VI 9.6% | A | Interest | J | T | | | | | |
| 76. Triangle Capital Corporation | B | Dividend | J | T | | | | | |
| 77. Partnerre Fin A LLC 6.75% | A | Interest | J | T | | | | | |
| 78. FHLMC CMO Series 3329 TC | B | Interest | J | T | | | | | |
| 79. GNMA CMO Series 2009-95 | A | Interest | K | T | | | | | |
| 80. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 81. Petrohawk Energy Corp | A | Dividend | J | T | | | | | |
| 82. Kraft Foods | A | Dividend | | | Sold | 12/06/10 | J | A | |
| 83. Baxter International Inc. | A | Dividend | J | T | | | | | |
| 84. Boardwalk Pipeline Partnership LP | A | Distribution | | | Sold | 04/27/10 | J | A | |
| 85. GNMA CMO Series 2005-51 CL-MC 1200 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Communications | A | Dividend | J | T | | | | | |
| 87. Protective Life Corp. 8.0% | A | Dividend | J | T | | | | | |
| 88. BB&T Capital Trust VI 9.6% | A | Dividend | J | T | | | | | |
| 89. Blackrock Enhanced Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 90. Triangle Capital Corporation (Y) | | | | | | | | | |
| 91. Five Star Quality Care (X) | | None | J | T | | | | | |
| 92. Sandridge Energy Inc. 8.625% | A | Interest | | | Sold | 03/09/10 | J | A | |
| 93. Boardwalk Pipeline Partners LP | A | Distribution | | | Sold | 04/27/10 | J | B | |
| 94. FNMA CMO 2009-70 WA | A | Interest | K | T | | | | | |
| 95. Blackrock Global Floating Rate Inc. Trust 1200 | A | Dividend | J | T | | | | | |
| 96. FHLMC CMO 3325 CK 1200 | A | Interest | J | T | | | | | |
| 97. Anixter International 1200 | A | Dividend | | | Sold | 01/12/10 | J | B | |
| 98. Omnicare Inc. 1200 | A | Dividend | | | Sold | 01/19/10 | J | A | |
| 99. GTE Ca Inc. Ser F 1200 | A | Interest | J | T | | | | | |
| 100. Wesco International, Inc. 1200 | A | Dividend | J | T | | | | | |
| 101. Exxon Mobil Corp. 1200 | A | Dividend | | | Sold | 06/22/10 | J | A | |
| 102. Pimco Corp Income Fd. 1200 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Quicksilver Resources 1200 | A | Dividend | J | T | | | | | |
| 104. Frontier Communications | A | Dividend | J | T | Buy | 01/05/10 | J | | |
| 105. | | | | | Sold (part) | 09/28/10 | J | A | |
| 106. Inergy LP | A | Distribution | J | T | Buy | 01/28/10 | J | | |
| 107. GNMA CMO Series 2010-3 GA | A | Interest | J | T | Buy | 01/29/10 | J | | |
| 108. XTO Energy Inc. | A | Distribution | | | Buy | 02/24/10 | J | | |
| 109. | | | | | Sold | 06/22/10 | J | A | |
| 110. Old Republic Int. Corp | A | Dividend | | | Buy | 03/04/10 | J | | |
| 111. | | | | | Sold | 04/19/10 | J | B | |
| 112. Prudential PLC | A | Dividend | | | Buy | 03/17/10 | J | | |
| 113. | | | | | Sold | 06/01/10 | J | A | |
| 114. Axis Capital Holdings | A | Dividend | | | Buy | 03/31/10 | J | | |
| 115. | | | | | Sold | 05/04/10 | J | A | |
| 116. Bank of America | A | Dividend | J | T | Buy | 04/09/10 | J | | |
| 117. FNMA CMO Series 2010-44 HA | A | Interest | K | T | Buy | 04/30/10 | K | | |
| 118. PACTIV Corp | A | Dividend | | | Buy | 05/03/10 | J | | |
| 119. | | | | | Sold | 05/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PAA Natural Gas Storage LP | A | Dividend | | | Buy | 05/05/10 | J | | |
| 121. | | | | | Sold | 05/06/10 | J | A | |
| 122. Snovus Financial Corp Conv. Pfd. | A | Dividend | | | Buy | 05/12/10 | J | | |
| 123. | | | | | Sold | 11/03/10 | J | A | |
| 124. GNMA CMO Series 2010-57 JE | B | Interest | K | T | Buy | 05/28/10 | K | | |
| 125. GNMA CMO Series 2010-62 HA | A | Interest | J | T | Buy | 05/28/10 | J | | |
| 126. First Union Capital Ser-A | A | Interest | J | T | Buy | 06/07/10 | J | | |
| 127. Baxter International Inc. | A | Dividend | J | T | Buy (add'l) | 06/18/10 | J | | |
| 128. Sun Life Financial | A | Dividend | J | T | Buy | 08/09/10 | J | | |
| 129. FHLMC CMO Series 3699 LA | B | Interest | K | T | Buy | 08/30/10 | K | | |
| 130. GNMA CMO Series 2010-105 LC | B | Interest | K | T | Buy | 08/30/10 | K | | |
| 131. FHLMC CMO Series 3740 JB | B | Interest | J | T | Buy | 10/29/10 | K | | |
| 132. FLIR Systems Inc. Prior typo | A | Dividend | J | T | Buy | 11/01/10 | J | | |
| 133. KKR and Co. LP | A | Distribution | J | T | Buy | 11/12/10 | J | | |
| 134. General Electric Co. | A | Dividend | J | T | Buy | 12/09/10 | J | | |
| 135. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 136. Hercules Technology Growth | A | Dividend | J | T | Buy | 12/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. FHLMC CMO Series 3772 NA | A | Interest | J | T | Buy | 12/30/10 | J | | |
| 138. CACI International Inc. | A | Dividend | | | Buy | 02/26/10 | J | | |
| 139. | | | | | Sold | 05/24/10 | J | A | |
| 140. Medical Properties Trust Inc. 1200 | A | Dividend | J | T | Buy | 04/14/10 | J | | |
| 141. Medical Properties Trust Inc. 1200 | A | Dividend | J | T | Buy | 06/09/10 | J | | |
| 142. GNMA CMO Series 2010-6 NA 1200 | A | Interest | J | T | Buy | 02/02/10 | J | | |
| 143. GNMA CMO Series 2010-30 LE 1200 | A | Interest | J | T | Buy | 09/07/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 = More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII,
#8, 9, 91 - All of these were prior year partial sales that got unintentionally deleted.

#11,21,24,30,31,32,36,37,57,58 - These are all collaterized mortgages that final principal payments have been made but not necessily reported as sales on the annual account statement and there is no principal left.

#40,73,90 - All of these assets had duplicate entries on the report, so they are noted for removal of the duplicate entry.

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/17/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARTIN L.C. FELDMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544